No. 99–8678. MIRANDA v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 99–8713. LEWIS v. DONNELLY. C. A. 5th Cir. Certiorari denied.

No. 99–8727. OLIVO RODRIGUEZ v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8734. CARTER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8737. BENSON v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8743. FLANAGAN v. ARNAIZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–8749. WESTENBURG v. CONSOLIDATED FREIGHTWAYS, INC. Ct. App. Ore. Certiorari denied.

No. 99–8757. FINK v. SHEDLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–8765. CLEMENTS v. FLORIDA PAROLE AND PROBATION COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 99–8778. BYBEE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8790. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8805. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8806. YOUNG v. SMEEKS. C. A. 6th Cir. Certiorari denied.

No. 99–8808. SMITH v. GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied.